AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Southern District of New York_____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>16-cv-5492 | DATE FILED<br>7/11/2016 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Kamatani Cloud LLC | | DEFENDANT<br>Animetrics, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,873,940 | 3/29/2005 | Kamatani Cloud LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order of Discontinuance filed on 9/12/2016, D.E. 16.  Case Closed. |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/ C. Attanasio | DATE<br>9/12/2016 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**     **Copy 4—Case file copy**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 12, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KAMATANI CLOUD LLC,                        :
:
               Plaintiff,          :            16-cv-5492 (KBF)
:
        -v-                          :            ORDER
:
ANIMETRICS, INC.,                          :
:
               Defendant.          :
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      On Thursday, September 8, 2016, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, October 10, 2015**.

      Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

      All other dates and deadlines in this matter are ADJOURNED.

      The Clerk of Court is directed to terminate this action.

      SO ORDERED.

Dated:    New York, New York
             September 12, 2016

                                            _____
                                              KATHERINE B. FORREST
                                              United States District Judge